IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THERESA ESCHETE**                                                                 **PLAINTIFF**

v.                                                          Civil No. 1:16CV89-HSO-JCG

**JIM WILSON & ASSOCIATES, LLC**
**and CRUISIN' THE COAST, INC.**                                      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered January 31, 2017, granting in part and denying in part the Motion for Summary Judgment [58] filed by Defendant Jim Wilson & Associates, LLC; granting the First Motion for Summary Judgment [56] filed by Defendant Cruisin' the Coast, Inc.; and denying the Second Motion for Summary Judgment [54] filed by Defendant Cruisin' the Coast, Inc.,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**, and with costs.

**SO ORDERED AND ADJUDGED**, this the 31st day of January, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE